PEOPLE *v.* LAVERY *et al.*

(*Common Pleas of New York City and County, General Term.* December 1, 1890.)

Motion to vacate a judgment on a forfeited recognizance against Daniel Lavery and Thomas Hayden.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*L. Steckler*, for the People. *J. A. O'Gorman*, for defendants.

BISCHOFF, J. Application for remission of a forfeited recognizance, and to vacate judgment entered thereon. Counsel do not refer to any provision of law authorizing the remission of the forfeiture of an undertaking given in bastardy proceedings, and such authority seems doubtful. The matter should be set down for a hearing, and the petitioner have an opportunity of presenting any suggestion he may desire to make. All concur.